**ORIGINAL**

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2012 MAY -9 PM 3:40

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| DAMIS FELLOVE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 312-002 |
| ) | |
| WALT WELLS, Warden, et al., ) | |
| ) | |
| Respondents. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 7). Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the Director of the Bureau of Prisons is **DISMISSED** from this case, the petition filed pursuant to 28 U.S.C. § 2241 is **DISMISSED**, and this civil action is **CLOSED**.

SO ORDERED this 9th day of May, 2012, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE